Scott A. Lazar, Esq. (SAL 8807)
BARRETT LAZAR, LLC
145 West Passaic Street
Maywood, New Jersey 07607
Tel.: 201-843-5900
Attorneys for Defendant, Swift Transportation Company of Arizona LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------X

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY OF NEW JERSEY,<br><br>    Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION COMPANY OF ARIZONA LLC, ACE AMERICAN INSURANCE COMPANY, MOHAVE TRANSPORTATION INSURANCE COMPANY, etc.,<br><br>    Defendants. | Civil Action No.: 3:11-cv-05667-FLW-LHG<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS, ACE AMERICAN INSURANCE COMPANY and MOHAVE TRANSPORTATION INSURANCE COMPANY** |

---------------------------------------------------X

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, BARRETT LAZAR, LLC, attorneys for defendants, Ace American Insurance Company and Mohave Transportation Insurance Company, and LAW OFFICES OF STEVEN G. KRAUS, attorneys for plaintiff, Encompass Insurance Company of New Jersey,

IT IS HEREBY stipulated and agreed that the same be and it is hereby dismissed, without prejudice, as to defendants, Ace American Insurance Company and Mohave Transportation Insurance Company, only, and without costs against either party.

LAW OFFICES OF STEVEN G. KRAUS
Attorneys for Plaintiff,
Encompass Insurance Company of New Jersey

By: _____
    Steven G. Kraus

Dated: October 26, 2011

BARRETT LAZAR, LLC
Attorneys for Defendants,
Ace American Insurance Company and
Mohave Transportation Insurance Company

By: _____
    Scott A. Lazar (SAL 8807)