Scott A. Lazar, Esq. (SAL 8807)
BARRETT LAZAR, LLC
145 West Passaic Street
Maywood, New Jersey 07607
Tel.: 201-843-5900
Attorneys for Defendant, Swift Transportation Company of Arizona LLC

RECEIVED
OCT 31 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------X
ENCOMPASS INSURANCE COMPANY          Civil Action No.: 3:11-cv-05667-FLW-LHG
OF NEW JERSEY,
         Plaintiff,
   vs.                                                    STIPULATION OF DISMISSAL
                                                            WITHOUT PREJUDICE
SWIFT TRANSPORTATION COMPANY        AS TO DEFENDANTS, ACE
OF ARIZONA LLC, ACE AMERICAN          AMERICAN INSURANCE COMPANY
INSURANCE COMPANY, MOHAVE            and MOHAVE TRANSPORTATION
TRANSPORTATION INSURANCE              <u>INSURANCE COMPANY</u>
COMPANY, etc.,
         Defendants.
------------------------------------------------X

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, BARRETT LAZAR, LLC, attorneys for defendants, Ace American Insurance Company and Mohave Transportation Insurance Company, and LAW OFFICES OF STEVEN G. KRAUS, attorneys for plaintiff, Encompass Insurance Company of New Jersey,

IT IS HEREBY stipulated and agreed that the same be and it is hereby dismissed, without prejudice, as to defendants, Ace American Insurance Company and Mohave Transportation Insurance Company, only, and without costs against either party.

| LAW OFFICES OF STEVEN G. KRAUS | BARRETT LAZAR, LLC |
|---|---|
| Attorneys for Plaintiff, | Attorneys for Defendants, |
| Encompass Insurance Company of New Jersey | Ace American Insurance Company and Mohave Transportation Insurance Company |
| By: _/s/ Steven G. Kraus_____ | By: _/s/ Scott A. Lazar (SAL 8807)_____ |
| Steven G. Kraus | Scott A. Lazar (SAL 8807) |

Dated: October 26, 2011

IT IS SO ORDERED:

_/s/ Freda L. Wolfson_____
FREDA L. WOLFSON, U.S.D.J.

10-31-11